IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:

**TIFFANY LOPEZ**,

    Plaintiff,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.**,

    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

TO:    PLAINTIFF AND HER ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant American Family Mutual Insurance Company, S.I., by and through its counsel, Sandy Eloranto, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

### INTRODUCTION AND BASIS FOR REMOVAL

1.    American Family Mutual Insurance Company, S.I. ("American Family") is the Defendant in the above titled action, originally filed in the District Court, Pueblo County, Colorado, Case No. 2017CV30888. On or about December 6, 2017, Plaintiff, Tiffany Lopez ("Ms. Lopez") filed her Complaint and Jury Demand naming the wrong defendant; on February 28, 2018, she filed her Amended Complaint and Jury Demand naming the wrong defendant; and on May 10, 2018, she filed her Second Amended Complaint and Jury Demand in Pueblo County District Court, Colorado naming the correct defendant. These amendments were necessary due

to the improperly named defendant and improper service. The Second Amended Complaint seeks recovery of damages as to American Family based on allegations of failure to properly investigate and evaluate Plaintiff's claims for Policy Benefits and failure to pay Plaintiff full benefits owed under policy in a timely manner. *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**; Plaintiff's Amended Complaint and Jury Demand, **Exhibit B**, and Plaintiff's Second Amended Complaint and Jury Demand, **Exhibit C**.

2. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states, when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states. Ms. Lopez is a citizen of the State of Colorado. *See* **Exhibit C** at ¶ 1. Defendant American Family is a citizen of the State of Wisconsin. *See* Documents on File with Colorado Secretary of State, **Exhibit D;** *see also* **Exhibit C** at ¶ 2.

4. The amount in controversy exceeds $75,000. Plaintiff's Second Amended Complaint alleges that plaintiff's current estimate of damages for repair of her damages property is $28,616.74. See **Exhibit C** at ¶ 9**.** She claims additional damages for insurance bad faith as well a "two times the covered benefit, reasonable attorney fees, and court costs" for alleged unreasonable delay or denial of first party insurance benefits under C.R.S. sections 10-3-1115 and 1116. See **Exhibit C** at p. 3 and ¶ 29. Two times the alleged insurance benefit would equal

$57,233.48 which when added to the claimed benefit itself ($28,616.74) would total over $75,000. Plaintiff is also claiming attorney's fees. *See* **Exhibit C** at ¶29. Additionally, in District Court Civil (CV) Case Cover Sheet, **Exhibit E**, Plaintiff states' she seeks' more than $100,000 in damages. *See* **Exhibit E** at 2.

5. Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction over this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b). American Family has thirty (30) days from the date it was served with Plaintiff's Second Amended Complaint to file its Notice of Removal. American Family was served with Plaintiff's Second Amended Complaint and Jury Demand in this matter on May 14, 2018. *See* **Exhibit F**. Thus, American Family's Notice of Removal is due June 13, 2018.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. Pursuant to 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c) and D.C.Colo.LCivR 81.1, a copy of all process, pleadings, and orders that were served by the parties are attached. Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of Pueblo. *See* **Exhibit G**. The process, pleadings, and orders are captioned as follows:

**Exhibit E**    District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint;

**Exhibit H**    Summons to American Family;

**Exhibit I**    Second Amended Summons to American Family

**Exhibit A**   Complaint and Jury Demand;

**Exhibit B**   Amended Complaint and Jury Demand;

**Exhibit C**   Second Amended Complaint and Jury Demand;

**Exhibit F**   Notice of Service of Process;

**Exhibit K**   Delay Prevention Order;

**Exhibit L**   Return of Service – Unserved - Business cannot accept;

**Exhibit M**   Return of Service – Served to Business;

**Exhibit N**   Delay Prevention Order;

**Exhibit O**   Status Report;

**Exhibit P**   Proposed Order re: Plaintiff's Unopposed Motion for Leave to File Plaintiff's Second Amended Complaint;

**Exhibit Q**   Motion re: Plaintiff's Unopposed Motion for Leave to File Plaintiff's Second Amended Complaint;

**Exhibit R**   Order granting Plaintiff's Motion for Leave to File Plaintiff's Second Amended Complaint;

**Exhibit S**   Return of Service – Served personally on 5/14/2018;

**Exhibit T**   Return of Service – Served personally on 5/14/2018;

**Exhibit U**   Order Granting Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint;

**Exhibit V**   Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint;

**Exhibit W**   Order Granting Defendant's Motion for Extension of Time to Respond to Complaint.

No trial, hearings, or other proceedings are currently scheduled in the District Court for the County of Pueblo. American Family has complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1.

9.   Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of Pueblo in Civil Action No. 2017CV30888. Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiff's counsel. The register of actions is attached as **Exhibit J**.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, American Family Mutual Insurance Company, S.I. respectfully requests that this case be removed from the District Court for the County of Pueblo, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 13th day of June, 2018.

> /s/   Sandy Eloranto
> Debra K. Sutton
> Sandy Eloranto
> Sutton | Booker | P.C.
> 4949 S. Syracuse, Suite 520
> Denver, Colorado  80237
> Telephone:  303-730-6204
> Facsimile:   303-730-6208
> E-Mail:  dsutton@suttonbooker.com
> ***Attorneys for Defendant,***
> ***American Family Mutual Insurance Company, S.I.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2018, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Chad T. Wilson
Chad T. Wilson Law Firm, PLLC
1001 Bannock St., Ste 239
Denver CO  80204

W. Dan Mahoney
The Law Offices of W. Dan Mahoney, P.C.
730 17th Street, Ste 340
Denver CO  80202

/s/   Sarah E. Anderson
*A duly signed original is on file at*
*Sutton | Booker | P.C.*