IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:18-cv-01474-CMA

**TIFFANY LOPEZ**,

    Plaintiff,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.**,

    Defendant.

---
**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

---

The Plaintiff, Tiffany Lopez, and Defendant, American Family Mutual Insurance Company, S.I., by and through their attorneys of record, hereby stipulate and agree that all claims that were brought and all claims which could have been brought against Defendant are dismissed WITH PREJUDICE, all claims between Plaintiff and Defendant, American Family Mutual Insurance Company, S.I., having been amicably resolved, the parties to pay their own fees and costs.

Respectfully submitted this 27th day of December, 2018.

| | |
|---|---|
| /s/  *Chad T. Wilson* | */s/   Katie B. Johnson* |
| Chad T. Wilson | Katie B. Johnson |
| Chad T. Wilson Law Firm | Sutton \| Booker \| P.C. |
| 1001 Bannock St., Ste. 239 | 4949 S. Syracuse, Suite 520 |
| Denver CO  80204 | Denver, Colorado  80237 |
| Telephone: (832) 415-1432 | Telephone:  303-730-6204 |
| Email: eservice@cwilsonlaw.com | E-Mail:  kjohnson@suttonbooker.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December, 2018, I electronically filed a true and correct copy of the above and foregoing Stipulated Motion for Dismissal with Prejudice with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Chad T. Wilson
Patrick C. McGinnis
Chad T. Wilson Law Firm, PLLC
1001 Bannock St., Ste 239
Denver CO  80204

W. Dan Mahoney
The Law Offices of W. Dan Mahoney, P.C.
730 17th Street, Ste 340
Denver CO  80202

>   */s/   Melissa J. Larsen*
>   *A duly signed original is on file at*
>   *Sutton | Booker | P.C.*

2